# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:18-cv-01541-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 8] |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 70.189.203.216, | |
| Defendant(s). | |

Pending before the Court is a motion to extend the deadline to effectuate service. Docket No. 8. The Court must extend that deadline upon a showing of good cause. Fed. R. Civ. P. 4(m). For good cause shown, the motion is **GRANTED** and the deadline to effectuate service is **EXTENDED** to January 14, 2019.

IT IS SO ORDERED.

Dated: November 14, 2018

Nancy J. Koppe
United States Magistrate Judge