# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:18-cv-01541-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 70.189.203.216, | |
| Defendant(s). | |

On October 22, 2018, the Court ordered Plaintiff to file a status report by January 22, 2019. Docket No. 7. In light of the subsequent orders extending the deadline to effectuate service, Docket Nos. 9, 11, the Court **EXTENDS** the deadline to file that status report to March 29, 2019.

IT IS SO ORDERED.

Dated: January 31, 2019

_____
Nancy J. Koppe
United States Magistrate Judge